# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132983(73)

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
      Plaintiff-Appellant,

v

RODNEY TOMKINS and DARCY TOMKINS,
      Defendants-Appellees.

_____

SC: 132983
COA: 256038
Kent CC: 01-007548-CC

      On order of the Chief Justice, the motion by defendants-appellees for extension of the time for filing their brief on appeal is considered and is GRANTED IN PART ONLY. The time for filing by defendants-appellees is extended to November 16, 2007.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk